## 1
### Ernest REEDER, Plaintiff in Error, v. UNITED STATES.

Circuit Court of Appeals, Eighth Circuit.
June 11, 1927.

#### No. 7861.

In Error to the District Court of the United States for the Western District of Arkansas.

E. M. Ditmon, of Fort Smith, Ark., for plaintiff in error.

S. S. Langley, U. S. Atty., of Fort Smith, Ark.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16.

## 2
### Angus RUSSELL, Appellant, v. Dennis CRONIN, U. S. Marshal, etc., et al.

Circuit Court of Appeals, Eighth Circuit.
January 17, 1927.

#### No. 7480.

Appeal from the District Court of the United States for the District of Nebraska.

William E. Lovely, of Omaha, Neb., for appellant.

James C. Kinsler, U. S. Atty., of Omaha, Neb., for appellees.

PER CURIAM. Appeal dismissed, without costs to either party in this court, on motion of appellee, under rule 24.

## 3
### Joseph Y. SAUNDERS, Appellant, v. John W. SNOOK, Warden of U. S. Penitentiary at Atlanta, Georgia, Appellee.

Circuit Court of Appeals, Fifth Circuit.
October 25, 1927.

#### No. 5144.

Appeal from the District Court of the United States for the Northern District of Georgia; William J. Tilson, Judge.

Jos. Y. Saunders, of Atlanta, Ga., in pro. per.

J. W. Henley, Asst. U. S. Atty., of Atlanta, Ga., for appellee.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The order appealed from is affirmed.

## 4
### Ben SIEGEL, Plaintiff in Error, v. UNITED STATES.

Circuit Court of Appeals, Eighth Circuit.
June 20, 1927.

#### No. 7872.

In Error to the District Court of the United States for the District of Minnesota. See, also, 16 F.(2d) 134.

W. M. Nash and Chester L. Nichols, both of Minneapolis, Minn., for plaintiff in error.

Lafayette French, Jr., U. S. Atty., of St. Paul, Minn.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16.

## 5
### Clyde A. SMITH, Plaintiff in Error, v. UNITED STATES.

Circuit Court of Appeals, Eighth Circuit.
May 9, 1927.

#### No. 7509.

In Error to the District Court of the United States for the District of Minnesota.

John Lee Webster, of Omaha, Neb., for plaintiff in error.

Lafayette French, Jr., U. S. Atty., of St. Paul, Minn.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendant in error, under rule 24.

## 6
### Richard L. SPIERING, Receiver, etc., Appellant, v. CITY OF CROOKSTON.

Circuit Court of Appeals, Eighth Circuit.
January 20, 1927.

#### No. 7599.

Appeal from the District Court of the United States for the District of Minnesota.

William P. Murphy, of Crookston, Minn., for appellant.

J. H. Sylvester, of Crookston, Minn., for appellee.

PER CURIAM. Appeal dismissed, without costs to either party in this court, per stipulation of parties.